# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JOHN DOOLITTLE (#109680)

VERSUS

DERREL VANNOY, ET AL.

CIVIL ACTION

21-167-SDD-SDJ

## RULING

The Court has carefully considered the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson dated May 3, 2022 to which an Objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that this petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 be DISMISSED WITHOUT PREJUDICE.

Signed in Baton Rouge, Louisiana the 25th day of May, 2022.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 5.
[3] Rec. Doc. 6.