UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN DOOLITTLE (#109680)** | **CIVIL ACTION NO.** |
| **VERSUS** | **21-167-SDD-SDJ** |
| **DERREL VANNOY, ET AL.** | |

## ORDER

Before the Court is a Motion for Certificate of Appealability ("Motion") filed by Petitioner John Doolittle ("Doolittle"), who is representing himself and is confined at the Louisiana State Penitentiary in Angola, Louisiana.[1] An appeal may not be taken to the court of appeals from a final order in a habeas corpus proceeding "unless a circuit justice or judge issues a certificate of appealability." A certificate of appealability may issue only if a habeas petitioner has made a substantial showing of the denial of a constitutional right.[2]

To do this, he must demonstrate that "jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further."[3] In the instant case, Doolittle has not demonstrated that he has been denied a constitutional right, which is cognizable in habeas corpus.[4] Accordingly,

**IT IS ORDERED** that the Motion for Certificate of Appealability[5] is **DENIED**.

Signed in Baton Rouge, Louisiana on <u>November 7, 2022</u>.

*[signature: Shelly D. Dick]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] R. Doc. 10.
[2] 28 U.S.C. § 2253(c)(2).
[3] *Pippin v. Dretke*, 434 F.3d 782, 787 (5th Cir. 2005), *quoting Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).
[4] Doolittle's claims were dismissed because they are not claims properly brought in a habeas corpus proceeding; rather, they are properly brought in a civil rights action pursuant to 42 U.S.C. § 1983. *See* R. Docs. 5 & 7.
[5] R. Doc. 10.